Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14033−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sebastian A. Martin
11 Hudson Ave.
Hazlet, NJ 07734

Lisa A. Martin
11 Hudson Ave.
Hazlet, NJ 07734

Social Security No.:
xxx−xx−1627

xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 21, 2024 and a confirmation hearing on such Plan has been scheduled for July 3, 2024.

The debtor filed a Modified Plan on June 26, 2024 and a confirmation hearing on the Modified Plan is scheduled for August 7, 2024 at 10:00am. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 26, 2024
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14033-CMG |
| Sebastian A. Martin | Chapter 13 |
| Lisa A. Martin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2024 | Form ID: 186 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sebastian A. Martin, Lisa A. Martin, 11 Hudson Ave., Hazlet, NJ 07734-3225 |
| 520231189 | + | Dr. Thomas Lake, 459 Jack Martin Blvd., Brick, NJ 08724-7724 |
| 520231209 | + | Michael T. Yaccarino, P.O. Box 204, Oakhurst, NJ 07755-0204 |
| 520231223 | + | Ragan & Ragan PC., W. Peter Ragan, Jr., 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520231188 | ++ | VELOCITY PORTFOLIO GROUP INC, 1800 RT 34 NORTH, BLDG 3 SUITE 305, WALL NJ 07719-9146 address filed with court:, CKS Prime Investments, LLC, Velocity Portfolio Group, Inc., 1800 Route 34N, Suite 305, Wall, NJ 07719 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270975 | | Email/Text: bnc@atlasacq.com | Jun 27 2024 21:08:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520231186 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 27 2024 21:09:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 520231230 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 27 2024 21:09:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520237038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 21:29:06 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520301471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 21:29:14 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520231187 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 27 2024 21:09:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520264959 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 21:17:58 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520231205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 21:17:57 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520231190 | | Email/Text: bankruptcycourts@equifax.com | Jun 27 2024 21:08:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520231191 | ^ | MEBN | Jun 27 2024 21:04:52 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |

Case 24-14033-CMG    Doc 19    Filed 06/29/24    Entered 06/30/24 00:29:49    Desc Imaged
                      Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 186 | Total Noticed: 50 |

| Recipient ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 520231192 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2024 21:18:01 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231193 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2024 21:18:32 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520288215 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 21:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520231195 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 21:09:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231197 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 21:09:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520240267 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 21:17:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520231202 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 21:17:49 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231199 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 21:29:13 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231207 | + Email/Text: financeadmin@mdg.com | Jun 27 2024 21:08:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 520231218 | Email/Text: ml-ebn@missionlane.com | Jun 27 2024 21:08:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520231219 | Email/Text: ml-ebn@missionlane.com | Jun 27 2024 21:08:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520231206 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 21:17:58 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520309028 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 21:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520231214 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 21:09:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231210 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 21:09:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231220 | + Email/Text: ebn@rwjbh.org | Jun 27 2024 21:09:00 | Monmouth Medical Center, 300 Second Avenue, Long Branch, NJ 07740-6395 |
| 520306343 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 21:18:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520231222 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 21:29:14 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520231221 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 21:29:05 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520291442 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 21:09:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520306230 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 21:09:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520306232 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 21:09:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520231231 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2024 21:09:00 | Select Portfolio Servicing, Inc., Attn: Bankrupcy Dept., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

Case 24-14033-CMG   Doc 19   Filed 06/29/24   Entered 06/30/24 00:29:49   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 186 | Total Noticed: 50 |

| 520231225 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 21:05:32 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520231224 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 21:05:33 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520311855 | Email/Text: bncmail@w-legal.com | Jun 27 2024 21:09:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520231228 | Email/Text: DASPUBREC@transunion.com | Jun 27 2024 21:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520231226 | + Email/Text: bncmail@w-legal.com | Jun 27 2024 21:09:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520231227 | + Email/Text: bncmail@w-legal.com | Jun 27 2024 21:09:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 520231188 | Email/Text: dispute@velocityrecoveries.com | Jun 27 2024 21:09:00 | CKS Prime Investments, LLC, Velocity Portfolio Group, Inc., 1800 Route 34N, Suite 305, Wall, NJ 07719 |
| 520298845 | + Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 21:17:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520302538 | + Email/Text: peritus@ebn.phinsolutions.com | Jun 27 2024 21:09:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 520231229 | ^ MEBN | Jun 27 2024 21:06:03 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 520231232 | ^ MEBN | Jun 27 2024 21:04:19 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520231208 | | MDG US/Capital Community Bank |
| 520231194 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231196 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231198 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520231203 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231204 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231200 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231201 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231215 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231216 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231217 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231211 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231212 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231213 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 186 | Total Noticed: 50 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Sebastian A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Lisa A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5