UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal Home Loan Mortgage Corporation, et al.

In Re:

Sebastian Martin & Lisa Martin,

Debtors.

Case No.:       24-14033-CMG

Chapter:            13

Hearing Date:    08/07/2024

Judge:            Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 23)

_____

Date: 08/05/2024                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*