UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtors

Case No.: 24-14033
Chapter: 13
Adv. No.: 
Hearing Date: 9/4/24; 12:00 pm
Judge: CMG

In Re:

SEBASTIAN AND LISA MARTIN,

Debtors.

## CERTIFICATION OF SERVICE

1. I, __Tricia E. DeRasmo__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan Goldsmith Cohen__, who represents __Debtors__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 6, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Chapter 13 Debtor's Attorney Fee Application Cover Sheet, Exhibit A and proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __8/6/24__            /s/Tricia E. DeRasmo
                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sebastian and Lisa Martin<br>11 Hudson Avenue<br>Hazlet, NJ 07734 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |