Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14033−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Sebastian A. Martin                               Lisa A. Martin
   11 Hudson Ave.                                   11 Hudson Ave.
   Hazlet, NJ 07734                              Hazlet, NJ 07734

Social Security No.:
   xxx−xx−1627                                        xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     9/4/24
Time:    12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Debtor's Attorney

COMMISSION OR FEES
fee: $5125.00

EXPENSES
expenses: $433.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 6, 2024
JAN:

          Jeanne Naughton
          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14033-CMG |
| Sebastian A. Martin | Chapter 13 |
| Lisa A. Martin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 06, 2024 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sebastian A. Martin, Lisa A. Martin, 11 Hudson Ave., Hazlet, NJ 07734-3225 |
| 520231189 | + | Dr. Thomas Lake, 459 Jack Martin Blvd., Brick, NJ 08724-7724 |
| 520231209 | + | Michael T. Yaccarino, P.O. Box 204, Oakhurst, NJ 07755-0204 |
| 520231223 | + | Ragan & Ragan PC., W. Peter Ragan, Jr., 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270975 | | Email/Text: bnc@atlasacq.com | Aug 06 2024 20:55:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520231186 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 06 2024 20:56:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 520231230 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 06 2024 20:56:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520237038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 06 2024 20:53:51 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520301471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 06 2024 20:52:44 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520231187 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 06 2024 20:56:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520264959 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2024 20:54:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520231205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2024 21:04:35 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520231190 | | Email/Text: bankruptcycourts@equifax.com | Aug 06 2024 20:56:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520231191 | ^ | MEBN | Aug 06 2024 20:43:38 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520312162 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 06 2024 20:57:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| Recip ID | Type | Notice | Date/Time | Recipient |
|---|---|---|---|---|
| 520231192 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 06 2024 21:04:51 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231193 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 06 2024 20:54:19 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520288215 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2024 20:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520231195 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2024 20:56:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231197 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2024 20:56:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520240267 |   | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:53:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520231202 |   | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:54:22 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:54:20 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231207 | + | Email/Text: financeadmin@mdg.com | Aug 06 2024 20:56:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 520231218 |   | Email/Text: ml-ebn@missionlane.com | Aug 06 2024 20:55:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520231219 |   | Email/Text: ml-ebn@missionlane.com | Aug 06 2024 20:55:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520231206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2024 21:04:43 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520309028 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520231214 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231210 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231220 | + | Email/Text: ebn@rwjbh.org | Aug 06 2024 20:56:00 | Monmouth Medical Center, 300 Second Avenue, Long Branch, NJ 07740-6395 |
| 520306343 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2024 20:54:19 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520231222 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2024 21:04:33 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520231221 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2024 20:52:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520291442 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2024 20:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520306230 |   | Email/Text: bnc-quantum@quantum3group.com | Aug 06 2024 20:56:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520306232 |   | Email/Text: bnc-quantum@quantum3group.com | Aug 06 2024 20:56:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520231223 | ^ | MEBN | Aug 06 2024 20:46:57 | Ragan & Ragan PC., W. Peter Ragan, Jr., 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520231231 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 06 2024 20:57:00 | | Select Portfolio Servicing, Inc., Attn: Bankrupcy Dept., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520231225 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 06 2024 20:52:54 | | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520231224 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 06 2024 20:53:56 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520311855 | | Email/Text: bncmail@w-legal.com Aug 06 2024 20:56:00 | | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520231228 | | Email/Text: DASPUBREC@transunion.com Aug 06 2024 20:55:00 | | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520231226 | + | Email/Text: bncmail@w-legal.com Aug 06 2024 20:56:00 | | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520231227 | + | Email/Text: bncmail@w-legal.com Aug 06 2024 20:56:00 | | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 520231188 | | Email/Text: dispute@velocityrecoveries.com Aug 06 2024 20:56:00 | | CKS Prime Investments, LLC, Velocity Portfolio Group, Inc., 1800 Route 34N, Suite 305, Wall, NJ 07719 |
| 520298845 | + | Email/PDF: ebn_ais@aisinfo.com Aug 06 2024 21:04:41 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520302538 | + | Email/Text: peritus@ebn.phinsolutions.com Aug 06 2024 20:57:00 | | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 520231229 | ^ | MEBN Aug 06 2024 20:45:37 | | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 520231232 | ^ | MEBN Aug 06 2024 20:43:11 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520231208 | | MDG US/Capital Community Bank |
| 520231194 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231196 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231198 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520231203 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231204 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231200 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231201 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231215 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231216 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231217 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231211 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231212 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231213 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: 137 | Total Noticed: 51 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Sebastian A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Lisa A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5