Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14033−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sebastian A. Martin
11 Hudson Ave.
Hazlet, NJ 07734

Lisa A. Martin
11 Hudson Ave.
Hazlet, NJ 07734

Social Security No.:
xxx−xx−1627

xxx−xx−3511

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 14, 2024.

Dated: August 14, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sebastian A. Martin  
Lisa A. Martin  
    Debtors

Case No. 24-14033-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4  
Date Rcvd: Aug 14, 2024    Form ID: plncf13    Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sebastian A. Martin, Lisa A. Martin, 11 Hudson Ave., Hazlet, NJ 07734-3225 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 520231189 | + | Dr. Thomas Lake, 459 Jack Martin Blvd., Brick, NJ 08724-7724 |
| 520231209 | + | Michael T. Yaccarino, P.O. Box 204, Oakhurst, NJ 07755-0204 |
| 520231223 | + | Ragan & Ragan PC., W. Peter Ragan, Jr., 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 00:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 00:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270975 | | Email/Text: bnc@atlasacq.com | Aug 15 2024 00:54:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520231186 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 15 2024 00:56:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 520231230 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 15 2024 00:56:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520237038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 00:52:44 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520301471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 00:53:49 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520231187 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 15 2024 00:56:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520264959 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 00:52:44 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520231205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 01:11:24 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520231190 | | Email/Text: bankruptcycourts@equifax.com | Aug 15 2024 00:55:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520231191 | ^ | MEBN | Aug 15 2024 00:47:18 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520312162 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 15 2024 00:56:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 65250, Salt Lake City UT 84165-0250 |
| 520231192 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2024 01:11:15 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231193 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2024 01:13:39 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520288215 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 00:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520231195 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 00:56:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231197 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 00:56:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520240267 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 00:52:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520231202 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 00:53:51 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 01:11:30 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231207 | + | Email/Text: financeadmin@mdg.com | Aug 15 2024 00:54:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 520231218 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2024 00:54:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520231219 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2024 00:54:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520231206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 00:53:48 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520309028 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 00:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520231214 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 00:56:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231210 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 00:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231220 | + | Email/Text: ebn@rwjbh.org | Aug 15 2024 00:56:00 | Monmouth Medical Center, 300 Second Avenue, Long Branch, NJ 07740-6395 |
| 520306343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 01:11:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520231222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 00:52:01 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520231221 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 01:12:39 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520291442 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 00:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520306230 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2024 00:55:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520306232 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2024 00:55:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520231223 | | ^ MEBN | Aug 15 2024 00:49:35 | Ragan & Ragan PC., W. Peter Ragan, Jr., 3100 Route 138 West, Brinley Plaza, Building One, |

Case 24-14033-CMG   Doc 34   Filed 08/16/24   Entered 08/17/24 01:45:54   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: plncf13 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wall, NJ 07719-9020 |
| 520231231 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 15 2024 00:56:00 | | Select Portfolio Servicing, Inc., Attn: Bankrupcy Dept., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520231225 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 15 2024 01:13:47 | | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520231224 | + | Email/PDF: ais.sync.ebn@aisinfo.com Aug 15 2024 01:12:26 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520311855 | | Email/Text: bncmail@w-legal.com Aug 15 2024 00:55:00 | | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520231228 | | Email/Text: DASPUBREC@transunion.com Aug 15 2024 00:54:00 | | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520231226 | + | Email/Text: bncmail@w-legal.com Aug 15 2024 00:55:00 | | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520231227 | + | Email/Text: bncmail@w-legal.com Aug 15 2024 00:55:00 | | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 520231188 | | Email/Text: dispute@velocityrecoveries.com Aug 15 2024 00:55:00 | | CKS Prime Investments, LLC, Velocity Portfolio Group, Inc., 1800 Route 34N, Suite 305, Wall, NJ 07719 |
| 520298845 | + | Email/PDF: ebn_ais@aisinfo.com Aug 15 2024 00:53:55 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520302538 | + | Email/Text: peritus@ebn.phinsolutions.com Aug 15 2024 00:56:00 | | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 520231229 | ^ | MEBN Aug 15 2024 00:48:08 | | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 520231232 | ^ | MEBN Aug 15 2024 00:46:07 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520231208 | | MDG US/Capital Community Bank |
| 520231194 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231196 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231198 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520231203 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231204 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231200 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231201 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231215 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231216 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231217 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231211 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231212 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231213 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: plncf13 | Total Noticed: 52 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Sebastian A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Lisa A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6