UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtors

In Re:

SEBASTIAN MARTIN and LISA MARTIN,

Debtors.

Case No.: 24-14033

Chapter: 13

Adv. No.: _____

Hearing Date: 1/15/25; 9:00 am

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, __Tricia E. DeRasmo__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan Goldsmith Cohen__, who represents __Debtors__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 6, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice; Notice of Motion Directing Payment of Auto Loss Proceeds and Addressing Claim 12-1; Certification of Sebastian Martin and Lisa Martin, Debtors, in Support of Motion Directing Payment of Auto Loss Proceeds and Addressing Clim 12-1; Exhibit A; Statement was to Why no Brief is Necessary; Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __1/6/25__                    __/s/Tricia E. DeRasmo__
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Westlake Financial Services<br>c/o Peritus Portfolio Services II, LLC<br>as Agent for Westlake Financial Services<br>PO Box 141419<br>Irving, TX 75014 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SEE ATTACHED SERVICE LIST | Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-3<br>Case 24-14033-CMG<br>District of New Jersey<br>Trenton<br>Mon Jan  6 11:11:44 EST 2025 | U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608-1507 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Bridgecrest Acceptance Corp<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 | Bridgecrest Acceptance Corp<br>Po Box 29018<br>Phoenix, AZ 85038-9018 | Bridgecrest Credit Company, LLC as Agent<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (p)VELOCITY PORTFOLIO GROUP  INC<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146 | Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>PO Box 4138<br>Houston, TX 77210-4138 | Chexsystems, Inc.<br>Attn: Customer Relations<br>7805 Hudson Road, Suite 100<br>Woodbury, MN 55125-1595 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Dr. Thomas Lake<br>459 Jack Martin Blvd.<br>Brick, NJ 08724-7724 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 |
| Experian<br>Profile Maintenance<br>PO Box 9558<br>Allen, TX 75013-9558 | Federal Home Loan Mortgage Corporation, at.<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>200 14th Avenue East<br>Sartell, MN 56377-4500 |
| Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Lvnv Funding/Resurgent Capital<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | MDG US/Capital Community Bank<br>Attn: Bankruptcy<br>3422 Old Capital Trail, Pmb# 1993<br>Wilmington, DE 19808-6124 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 |
| Macy's/ DSNB<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | Michael T. Yaccarino<br>P.O. Box 204<br>Oakhurst, NJ 07755-0204 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Credit Mgmt<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |

| | | |
|---|---|---|
| Monmouth Medical Center<br>300 Second Avenue<br>Long Branch, NJ 07740-6395 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Quantum3 Group LLC as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Ragan & Ragan PC.<br>W. Peter Ragan, Jr.<br>3100 Route 138 West<br>Brinley Plaza, Building One<br>Wall, NJ 07719-9020 |
| Select Portfolio Servicing, Inc.<br>Attn: Bankrupcy Dept.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Po Box 71727<br>Philadelphia, PA 19176-1727 |
| (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | Target NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Target NB<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| (p)TRANSUNION<br>555 W ADAMS<br>CHICAGO IL 60661-3631 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Westlake - C/O Peritus Portfolio Services II<br>P.O. Box 141419<br>Irving, TX 75014-1419 | Westlake Portfolio Management, LLC<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3827 | Westlake Portfolio Management, LLC<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Jonathan Goldsmith Cohen<br>I. Mark Cohen Law Group<br>1 Executive Drive Suite 6<br>Tinton Falls, NJ 07701-4938 | Lisa A. Martin<br>11 Hudson Ave.<br>Hazlet, NJ 07734-3225 |
| Sebastian A. Martin<br>11 Hudson Ave.<br>Hazlet, NJ 07734-3225 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | CKS Prime Investments, LLC<br>Velocity Portfolio Group, Inc.<br>1800 Route 34N<br>Suite 305<br>Wall, NJ 07719 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374 |