**I. Mark Cohen Law Group**
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtors



Order Filed on January 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **IN RE:** | : | Case No.: 24-14033 |
| | : | |
| SEBASTIAN MARTIN and LISA MARTIN, | : | Chapter 13 |
| | : | |
| | : | Judge: CMG |
| Debtors. | : | |

## ORDER DIRECTING PAYMENT OF
## AUTO LOSS PROCEEDS AND ADDRESSING CLAIM 12-1

**DATED: January 15, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The within matter being opened to the court by I. Mark Cohen Law Group, attorneys for Debtors, Sebastian Martin and Lisa Martin, upon notice to the parties and for good cause having been shown:

    IT IS on this 15th day of January, 2025

    **ORDERED,** that the payment of the auto loss proceeds paid by Geico in the amount of three thousand six hundred dollars ($3,600.00) be directed to Westlake Financial Services; and

    **IT IS FURTHER ORDERED** Westlake Financial Services amend their Proof of Claim filed as Claim 12-1 in this matter to zero ($0.00) within thirty (30) days from the entry of this Order.