| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-14033 / CMG**

Sebastian A. Martin  
Lisa A. Martin

Petition Filed Date: 04/21/2024  
341 Hearing Date: 05/23/2024  
Confirmation Date: 08/07/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/06/2024 | $550.00 | | 06/11/2024 | $550.00 | | 07/08/2024 | $550.00 | |
| 08/21/2024 | $550.00 | | 10/01/2024 | $550.00 | | 10/29/2024 | $550.00 | |
| 11/13/2024 | $550.00 | | 12/26/2024 | $550.00 | | | | |

**Total Receipts for the Period: $4,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sebastian A. Martin | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» AMENDED DISCLOSURE 4/21/24/ORDER 9/4/2 | Attorney Fees | $3,125.00 | $3,125.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,488.81 | $0.00 | $1,488.81 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $948.48 | $0.00 | $948.48 |
| 3 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,522.62 | $0.00 | $2,522.62 |
| 4 | CITIBANK, N.A.<br>»» MACY'S CC | Unsecured Creditors | $640.54 | $0.00 | $640.54 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» AFFIRM/HAYNEEDLE, INC. | Unsecured Creditors | $742.71 | $0.00 | $742.71 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» AFFIRM/MARINE DEPOT | Unsecured Creditors | $249.38 | $0.00 | $249.38 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,297.69 | $0.00 | $1,297.69 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,474.75 | $0.00 | $1,474.75 |
| 9 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,054.09 | $0.00 | $1,054.09 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,046.19 | $0.00 | $1,046.19 |
| 11 | CARVANA, LLC<br>»» 2014 GMC TERRAIN UTILITY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | WESTLAKE FINANCIAL SERVICES<br>»» 2012 HYUNDAI SONATA/ORDER 1/15/25 | Debt Secured by Vehicle<br>Hold Funds: Pending Resolution | $30.00 | $0.00 | $30.00 |
| 13 | LVNV FUNDING LLC<br>»» JUDGMENT #MON DC 002645 23 | Unsecured Creditors | $1,300.76 | $0.00 | $1,300.76 |

**Chapter 13 Case No. 24-14033 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,388.00 | $0.00 | $1,388.00 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CONTINENTAL FINANCE CO LLC | Unsecured Creditors | $867.15 | $0.00 | $867.15 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WAYFAIR | Unsecured Creditors | $986.98 | $0.00 | $986.98 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $643.59 | $0.00 | $643.59 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE HOME DEPOT | Unsecured Creditors | $911.11 | $0.00 | $911.11 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»» FIRST ELECTRONIC BANK/DESTINY | Unsecured Creditors | $1,185.65 | $0.00 | $1,185.65 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/CARTERS | Unsecured Creditors | $807.29 | $0.00 | $807.29 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/IMPROVEMENTS | Unsecured Creditors | $427.45 | $0.00 | $427.45 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/OVERSTOCK.COM | Unsecured Creditors | $2,884.02 | $0.00 | $2,884.02 |
| 23 | LVNV FUNDING LLC<br>»» RESURGENT AQUISITIONS LLC | Unsecured Creditors | $1,419.85 | $0.00 | $1,419.85 |
| 24 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $973.35 | $0.00 | $973.35 |
| 25 | TD BANK USA NA | Unsecured Creditors | $859.06 | $0.00 | $859.06 |
| 26 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/11 HUDSON AVE/1ST MTG/ORDER 8/14/24 | Mortgage Arrears | $5,013.77 | $482.86 | $4,530.91 |
| 27 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/AEO | Unsecured Creditors | $534.00 | $0.00 | $534.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,607.86 | Current Monthly Payment: | $662.00 |
| Paid to Trustee: | $286.00 | Arrearages: | $560.00 |
| Funds on Hand: | $506.14 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

