Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14033−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sebastian A. Martin
11 Hudson Ave.
Hazlet, NJ 07734

Lisa A. Martin
11 Hudson Ave.
Hazlet, NJ 07734

Social Security No.:
xxx−xx−1627

xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 30, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 30, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-14033-CMG
Sebastian A. Martin  Chapter 13
Lisa A. Martin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 4
Date Rcvd: Apr 30, 2025        Form ID: 148        Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sebastian A. Martin, Lisa A. Martin, 11 Hudson Ave., Hazlet, NJ 07734-3225 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 520231189 | + | Dr. Thomas Lake, 459 Jack Martin Blvd., Brick, NJ 08724-7724 |
| 520231209 | + | Michael T. Yaccarino, P.O. Box 204, Oakhurst, NJ 07755-0204 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520270975 | | EDI: ATLASACQU | May 01 2025 00:34:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520231186 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 30 2025 20:46:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 520231230 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 30 2025 20:46:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520237038 | + | EDI: AISACG.COM | May 01 2025 00:34:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520301471 | + | EDI: AISACG.COM | May 01 2025 00:34:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520231187 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 30 2025 20:46:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520264959 | | EDI: CITICORP | May 01 2025 00:34:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520231205 | | EDI: CITICORP | May 01 2025 00:34:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520231190 | | Email/Text: bankruptcycourts@equifax.com | Apr 30 2025 20:45:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520231191 | ^ | MEBN | Apr 30 2025 20:41:22 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520312162 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 30 2025 20:46:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 520231192 | + EDI: AMINFOFP.COM | May 01 2025 00:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231193 | + EDI: AMINFOFP.COM | May 01 2025 00:34:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520288215 | EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520231195 | + EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231197 | + EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520240267 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 20:56:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520231202 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 20:56:02 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231199 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 20:55:37 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231207 | + Email/Text: financeadmin@mdg.com | Apr 30 2025 20:44:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 520231218 | Email/Text: ml-ebn@missionlane.com | Apr 30 2025 20:44:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520231219 | Email/Text: ml-ebn@missionlane.com | Apr 30 2025 20:44:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520231206 | + EDI: CITICORP | May 01 2025 00:34:00 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520309028 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2025 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520231214 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2025 20:45:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231210 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2025 20:45:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231220 | + Email/Text: ebn@rwjbh.org | Apr 30 2025 20:46:00 | Monmouth Medical Center, 300 Second Avenue, Long Branch, NJ 07740-6395 |
| 520306343 | EDI: PRA.COM | May 01 2025 00:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520231222 | EDI: PRA.COM | May 01 2025 00:34:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520231221 | EDI: PRA.COM | May 01 2025 00:34:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520291442 | + EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520306230 | EDI: Q3G.COM | May 01 2025 00:34:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520306232 | EDI: Q3G.COM | May 01 2025 00:34:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520231223 | ^ MEBN | Apr 30 2025 20:42:44 | Ragan & Ragan PC., W. Peter Ragan, Jr., 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |

Case 24-14033-CMG   Doc 52   Filed 05/02/25   Entered 05/03/25 00:14:25   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: 148 | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520231231 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Apr 30 2025 20:46:00 | | Select Portfolio Servicing, Inc., Attn: Bankrupcy Dept., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520231225 | + | EDI: SYNC | May 01 2025 00:34:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520231224 | + | EDI: SYNC | May 01 2025 00:34:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520311855 | | Email/Text: bncmail@w-legal.com Apr 30 2025 20:45:00 | | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520231228 | | Email/Text: DASPUBREC@transunion.com Apr 30 2025 20:44:00 | | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520231226 | + | EDI: WTRRNBANK.COM | May 01 2025 00:34:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520231227 | + | EDI: WTRRNBANK.COM | May 01 2025 00:34:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 520231188 | | Email/Text: dispute@velocityrecoveries.com Apr 30 2025 20:45:00 | | CKS Prime Investments, LLC, Velocity Portfolio Group, Inc., 1800 Route 34N, Suite 305, Wall, NJ 07719 |
| 520298845 | + | EDI: AIS.COM | May 01 2025 00:34:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520302538 | + | Email/Text: peritus@ebn.phinsolutions.com Apr 30 2025 20:46:00 | | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 520231229 | ^ | MEBN | Apr 30 2025 20:41:54 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 520231232 | ^ | MEBN | Apr 30 2025 20:40:58 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520231208 | | MDG US/Capital Community Bank |
| 520231194 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520231196 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520231198 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520231203 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231204 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520231200 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231201 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520231215 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231216 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231217 | *+ | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520231211 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231212 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520231213 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Sebastian A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Lisa A. Martin imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7